UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| ISRAEL CHAPA, JR., § | |
| VICTOR CAMACHO, § | |
| ISAAC RODRIGUEZ, § | |
| KHALID ABDULAZIZ, § | |
| JAVIER CAVAZOS, III, § | |
| ASHLEY GIDDENS, § | CASE NO. 4:20-CR-0026 |
| STEVE BARANOWSKI, § | |
| MARIO REYNA, § | |
| FRANCISCO JACINTO, § | |
| JESUS CALVO, § | |
| DAVID BEDOLLA, § | |
| HORACIO RODRIGUEZ, AND § | |
| ASHLEY SANDOVAL, § | |
| Defendants. § | |

**UNITED STATES' SUPPLEMENT TO NOTICE OF FORFEITURE IN THE INDICTMENT**

The Indictment in this case provides notice that the United States intends to seek the forfeiture of property as provided by Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) listed in the notice of criminal forfeiture in the Indictment.

The United States hereby files this supplement to notify Defendants that in addition to the properties listed in the Indictment, the property subject to forfeiture includes, but is not limited to:

a) Riley Defense, Inc., Model RAK47, Cal. 762, bearing serial number B15064

b) Riley Defense, Inc., Model RAK47, Cal. 762, bearing serial number B15026

c) Riley Defense, Inc., Model RAK47, Cal. 762, bearing serial number B15025

d) Riley Defense, Inc., Model RAK47, Cal. 762, bearing serial number B12442

e) Taurus Pistol, Model G2C, Cal. 9, bearing serial number TMS81600

f) Glock Pistol, Model 19GEN4, Cal 9, bearing serial number BKZW940

g) Barrett Firearms, Model 82A1, Cal. 50BMG, bearing serial number AA009174

h) Diamondback Arms, Inc., Model DB-10, Cal. 308, bearing serial number DB-7007498

i) Diamondback Arms, Inc., Model DB-10, Cal. 308, bearing serial number DB-7003521

j) Diamondback Arms, Inc., Model DB-10, Cal. 308, bearing serial number DB-7003463

k) Diamondback Arms, Inc., Model DB-10, Cal. 308, bearing serial number DB-7007490

l) One Hundred (100) rounds of Cal. 50 BMG ammunition

m) One Hundred Fifty-Seven (157) rounds of Cal. 556 Winchester-Western ammunition

n) Sixteen (16) rounds of Cal. 762 ammunition, unknown manufacturer

Respectfully submitted,

JENNIFER LOWERY
Acting United States Attorney

*/s/ Jennifer Stabe*
Jennifer Stabe
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel:  (713) 567-9000

**CERTIFICATE OF SERVICE**

A true and correct copy of this instrument was served on all counsel via email on March 1, 2021.

*s/ Jennifer Stabe*
Jennifer Stabe
Assistant U.S. Attorney